KENNADAY LEAVITT OWENSBY PC
JEFFERY OWENSBY (SBN 105229)
jowensby@kennadayleavitt.com
WARREN F. HODGES (SBN 287162)
whodges@kennadayleavitt.com
KELLEN M. CROWE (SBN 289820)
kcrowe@kennadayleavitt.com
621 Capitol Mall, Suite 2500
Sacramento, California  95814
Telephone:     (916) 732-3060
Facsimile:       (916) 732-3061

Attorneys for Defendants
AVALON HEALTH CARE, INC.,
BERRYMAN HEALTH, INC.,
AVALON HEALTH CARE MANAGEMENT
OF CALIFORNIA, L.L.C.,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. WILLIAMSON, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVALON HEALTH CARE, INC., a Utah corporation; BERRYMAN HEALTH, INC., a California corporation; AVALON HEALTH CARE MANAGEMENT OF CALIFORNIA, L.L.C., a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**<u>CLASS ACTION</u>**<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C §§ 1441(a) and 1367(a)**<br><br>Complaint Filed: April 4, 2019<br>Trial Date:          Not Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants AVALON HEALTH CARE, INC., BERRYMAN HEALTH, INC., and AVALON HEALTH CARE MANAGEMENT OF CALIFORNIA, LLC, (collectively, "Defendants") hereby remove the court action described below from the Superior Court of the State of California, in and for the County of Alameda, to the United

States District Court for the Northern District of California. The removal is based on 28 U.S.C. § 1331.

**JURISDICTION**

1. This Court has supplemental jurisdiction over this civil action under 28 U.S.C. § 1367 and is one that may be removed to this Court pursuant to the provisions of 15 U.S.C. § 1681 *et seq*. This is a civil action seeking remedies founded upon causes of action already pending in this Court in the matter called *Lawrence J. Williamson, on behalf of himself, and all others similarly situated, v. Avalon Health Care, Inc., Berryman Health, Inc., and Avalon Health Care Management of California, L.L.C., and DOES 1 through 50, inclusive*, case number 4:19-cv-01177-VC (hereafter referred to as "*Williamson I*"). The parties in both cases are identical. The primary rights allegedly violated and upon which Plaintiff and the putative class seek recovery in this action are identical to the primary rights allegedly violated and upon which Plaintiff and the putative class seek recovery in *Williamson I*. By the instant action, Plaintiff seeks remedies in the form of civil penalties pursuant to the California Private Attorneys General Act ("PAGA") for the violations alleged in *Williamson I*. The PAGA statutes do not create separate rights of action. Accordingly, Plaintiff seeks to establish liability in the District Court and collect penalties in state court. This second case filed by Plaintiff is in fact part of the first case. This Court therefore has jurisdiction over Plaintiff's PAGA remedies claim under the same supplemental jurisdiction exercised in case no. 4:19-cv-01177-VC.

2. On January 29, 2019, Plaintiff filed *Williamson I* in the Superior Court of the State of California, in and for the County of Alameda. True and correct copies of the Summons, Complaint, and Civil Case Cover Sheet are attached as Exhibit A to the Declaration of Warren Hodges filed with this notice.

3. On or about February 1, 2019, Plaintiff served *Williamson I* on Defendants Avalon Health Care, Inc. and Avalon Health Care Management of California, L.L.C. On or about February 4, 2019, Defendant Berryman Health, Inc. was served with the Complaint.

4. Defendants removed *Williamson I* to this Court on March 4, 2019. This Court has original jurisdiction over *Williamson I* under 28 U.S.C. § 1331 and is one that may be removed to

KENNADAY LEAVITT OWENSBY PC
ATTORNEYS AT LAW
621 CAPITOL MALL | SUITE 2500
SACRAMENTO, CA 95814

this Court pursuant to the provisions of 15 U.S.C. §§ 1681 *et seq.*, in that *Williamson I* is a civil action founded upon a claim or right arising under the laws of the United States, namely, whether Defendants violated the provisions of the Fair Credit Reporting Act, 15 U.S.C § 1681, *et seq*. This Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. §§ 1367(a) and § 1441(c). The Court assigned to it case no. 4:19-cv-01177-VC.

5. On April 4, 2019, an action was commenced in the Superior Court of the State of California, in and for the County of Alameda, entitled *Lawrence J. Williamson, on behalf of himself, and all others similarly situated, v. Avalon Health Care, Inc., Berryman Health, Inc., and Avalon Health Care Management of California, L.L.C., and DOES 1 through 50, inclusive*, designated as Case No. RG19013715 (hereafter referred to as "*Williamson II*"). True and correct copies of the Summons, Complaint, and Civil Case Cover Sheet are attached as Exhibit B to the Declaration of Warren Hodges filed with this notice.

6. The Complaint in *Williamson II* was personally served on Defendant AVALON HEALTH CARE MANAGEMENT OF CALIFORNIA, L.L.C., on April 9, 2019. On or about April 11, 2019, Defendant BERRYMAN HEALTH, INC. was served with the Complaint. On or about April 12, 2019, Defendant AVALON HEALTH CARE, INC. was served with the Complaint.

7. This Notice of Removal is timely as it is being filed with this Court and served within thirty (30) days after the date when Defendants were served with the Summons and Complaint. 28 U.S.C. § 1446, subd. (b)(1).

8. On April 12, 2019, Plaintiff served a Notice of Hearing indicating the State Court scheduled this matter for both a Complex Determination Hearing on May 7, 2019 and a Case Management Conference on June 4, 2019. The Complex Determination Hearing has been continued in the State Court. A true and correct copy of Plaintiff's Notice of Hearing is attached as Exhibit C to the Declaration of Warren Hodges filed with this notice.

9. Venue is proper in this Court because this is the Court for the district embracing the place where the action is pending in State Court, and this is the judicial district in which the action arose. 28 U.S.C. §§ 1391(a), 1441(a), (b).

/ / /

KENNADAY LEAVITT OWENSBY PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

10. All defendants who have been served with a Summons and Complaint have joined in this Notice of Removal, as evidenced by the Joinders of all named defendants, including Defendants AVALON HEALTH CARE, INC., BERRYMAN HEALTH, INC., and AVALON HEALTH CARE MANAGEMENT OF CALIFORNIA, LLC.

11. In accordance with 28 U.S.C. § 1446(d), counsel for Defendants certify that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the Clerk of Alameda County Superior Court. Accordingly, all procedural requirements under 28 U.S.C. § 1446 are satisfied.

WHEREFORE, Defendants pray that the above action now pending against them in the Superior Court of the State of California, County of Alameda, be removed to this Court.

DATED: May 9, 2019

**KENNADAY LEAVITT OWENSBY PC**

By: */s/ Warren Hodges*
JEFFERY OWENSBY
WARREN HODGES
KELLEN M. CROWE
Attorneys for Defendants
AVALON HEALTH CARE, INC.,
BERRYMAN HEALTH, INC.,
AVALON HEALTH CARE
MANAGEMENT OF CALIFORNIA, L.L.C.

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, Suite 2500, Sacramento, CA 95814.

On May 9, 2019, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C §§ 1441(a) and 1367(a)** on the interested parties in this action as follows:

> Shaun Setareh, Esq.
> Thomas Segal, Esq.
> SETAREH LAW GROUP
> 315 South Beverly Drive, Suite 315
> Beverly Hills, CA 90212
> T:  (310) 888-7771
> F:  (310) 888-0109
> Email:  shaun@setarehlaw.com
> Email:  thomas@setarehlaw.com
> ***Attorneys for Plaintiff Lawrence J. Williamson***

☐ **BY EMAIL:**  I caused such documents to be served via electronic mail transmittal to the offices of the email addresses herein described.

☒ **BY MAIL**:  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed herein and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kennaday Leavitt Owensby PC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FEDEX:**  I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☐ **BY PERSONAL SERVICE:**  I caused such document(s) to be personally served to the office of the addressee above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 9, 2019, at Sacramento, California.

_____
SUSAN FINCH

00151795.1